1  Gregory J. Vogler (*pro hac vice*)
   Email: gvogler@mcandrews-ip.com
2  Robert A. Surrette (*pro hac vice*)
   Email: bsurrette@mcandrews-ip.com
3  Merle S. Elliott (*pro hac vice*)
   Email: melliott@mcandrews-ip.com
4  Caroline A. Teichner (*pro hac vice*)
   Email: cteichner@mcandrews-ip.com
5  McANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
6  Chicago, Illinois 60661
   Telephone: (312) 775-8000
7  Facsimile: (312) 775-8100

8  William R. Overend (SBN 180209)
   Email: woverend@reedsmith.com
9  REED SMITH LLP
   101 Second Street, Suite 1800
10 San Francisco, California 94105-3659
   Telephone: (415) 543-8700
11 Facsimile: (415) 391-8269

12 Attorneys for Defendants,
   STRYKER CORPORATION and
13 STRYKER COMMUNICATIONS, INC.

14

15               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16                   SAN FRANCISCO DIVISION

17  KARL STORZ ENDOSCOPY-          )
    AMERICA, INC.,                 )   Case No. CV 14-00876 RS
18                                 )
                                   )
19            Plaintiff,           )
                                   )
20       v.                        )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER FOR FIRST EXTENSION OF**
21  STRYKER CORPORATION and        )   **TIME TO COMPLETE BRIEFING FOR**
    STRYKER COMMUNICATIONS, INC.,  )   **PLAINTIFF'S MOTION TO STRIKE, AS**
22                                 )   **MODIFIED BY THE COURT**
                                   )
23            Defendants.          )

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Karl Storz Endoscopy-America, Inc.
2  ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively,
3  "Stryker"), by and through their undersigned counsel, hereby stipulate to and jointly request the
4  Court as follows:

5    1.   On May 16, 2014, KSEA served a Motion to Strike on Stryker and filed an
6  accompanying Administrative Motion to File Documents Under Seal. (*See* Docket Nos. 46 and 45,
7  respectively.)

8    2.   KSEA's Motion to Strike is noticed for hearing on June 26, 2014. (*See* Docket No.
9  45-3 at 1.)

10   3.   On May 20, 2014, Stryker filed a Declaration and Proposed Order in Support of
11  KSEA's Administrative Motion to File Documents Under Seal. (Docket No. 47.)

12   4.   According to Civil Local Rule 7-3(a), Stryker's Opposition to KSEA's Motion to
13  Strike is due on May 30, 2014. According to Civil Local Rule 7-3(c), KSEA's Reply is due on June
14  6, 2014.

15   5.   Due to the intervening Memorial Day holiday and previously-planned travel, in order
16  to allow the parties a full and fair opportunity to complete briefing on KSEA's Motion to Strike, the
17  parties each request a one-week extension of time to complete briefing relating to KSEA's Motion to
18  Strike. Specifically, Stryker requests until June 6, 2014, to respond to KSEA's Motion to Strike and
19  KSEA requests until June 20, 2014, to file a Reply in support of its Motion to Strike. These
20  extensions will not change or alter any other deadlines currently set by the Court, including the
21  noticed hearing date.

22   6.   Accordingly, the parties hereby propose and stipulate to the following deadlines for
23  the completion of briefing relating to KSEA's Motion to Strike:

| | |
|---|---|
| Stryker's Opposition to KSEA's Motion to Strike | June 6, 2014 |
| KSEA's Reply in Support of its Motion to Stryker | June 20, 2014 |
| Hearing on KSEA's Motion to Strike | June 26, 2014 (or at the convenience |

|  | of the Court) |

7. Pursuant to Civil Local Rule 6-2(a)(1)-(3), this stipulated request is accompanied by the Declaration of Merle S. Elliott setting forth (a) the reasons for the requested rescheduling; (b) all previous time modifications in the case; and (c) the effect of the requested rescheduling.

Respectfully submitted,

Dated: May 23, 2014    REED SMITH LLP


/s/ *William R. Overend*[1]
William R. Overend

Attorneys for Defendants,
STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.

Dated: May 23, 2014    BECK, BISMONTE & FINLEY, LLP


/s/ *Alfredo A. Bismonte*
Alfredo A. Bismonte

Attorneys for Plaintiff,
KARL-STORZ ENDOSCOPY AMERICA, INC.

---

[1] In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff's motion to strike shall be heard on July 10, 2014 at 1:30 p.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco

DATED: May 28, 2014

_____
RICHARD SEEBORG
United States District Judge