IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., <br><br> Defendants. | No. C 14-00876  RS <br><br> **CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 29, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.

Discovery shall be limited as follows: (a) fifteen (15) non-expert depositions per party; (b) thirty (30) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; (d) seventy-five (75) requests for admission per party; and (e) one (1) claim construction expert deposition and one (1) merits expert deposition of each expert tendered by the other side

2.     DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

6.     FURTHER SCHEDULING. A technology tutorial shall be held on **March 11, 2015 at 10:00 a.m.** The claim construction hearing shall be held on **March 20, 2015 at 10:00 a.m.** Both proceedings shall take place in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The case shall proceed through claim construction as follows:

| Date | Event |
| --- | --- |
| May 21, 2014 | Last day for the parties to exchange their Rule 26(a)(1) Initial Disclosures |
| May 22, 2014 | Deadline to file and serve Joint Case Management Statement |
| May 29, 2014 at 10:00 am | CMC |
| August 12, 2014 | Last day to serve Infringement Contentions and comply with Patent L.R. 3-1 and 3-2 |
| October 31, 2014 | Last day to serve Invalidity Contentions and comply with Patent L.R. 3-3 and 3-4 |
| November 10, 2014 | Deadline to amend the pleadings |
| November 14, 2014 | Last day for simultaneous exchange of proposed terms and claim elements for construction and comply with Patent L.R. 4-1 |
| December 12, 2014 | Last day for parties to exchange Proposed Claim Constructions and provide preliminary identification of extrinsic evidence and comply with Patent L.R. 4-2 |
| January 6, 2015 | Last day for parties to file Joint Claim Construction and Pre-hearing Statement and comply with Patent L.R. 4-3 |

CASE MANAGEMENT SCHEDULING ORDER

2

| | |
|---|---|
| February 5, 2014 | Last day to take discovery relating to claim construction and comply with Patent L.R. 4-4 for all patents-in-suit |
| February 20, 2015 | Last day to file opening claim construction briefs and supporting evidence and comply with Patent L.R. 4-5(a) |
| March 6, 2015 | Last day to file responsive claim construction briefs and supporting evidence and comply with Patent L.R. 4-5(b) |
| **March 11, 2015 at 10:00 a.m.** | **Technology Tutorial** |
| **Friday, March 20, 2015 at 10:00 a.m.** | **Claim Construction Hearing pursuant to Patent L.R. 4-6** |

IT IS SO ORDERED.

DATED: June 9, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3