Alfredo A. Bismonte (Cal. Bar. No. 136154)
Kimberly P. Zapata (Cal. Bar. No. 138291)
Jeremy M. Duggan (Cal. Bar No. 229854)
Beck, Bismonte & Finley, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: abismonte@beckllp.com
       kzapata@beckllp.com
       jduggan@beckllp.com

Wesley W. Whitmyer, Jr. (*pro hac vice*)
Benjamin J. Lehberger (*pro hac vice*)
Benjamin C. White (*pro hac vice*)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Tel: (203) 324-6155
Fax: (203) 327-1096
Email: wwhitmyer@ssjr.com
       blehberger@ssjr.com
       bwhite@ssjr.com
       litigation@ssjr.com

Attorneys for Plaintiff, Karl Storz Endoscopy-America, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, AND STRYKER COMMUNICATIONS, INC.<br><br>Defendants. | **Case No. C 14-00876 RS**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME TO RESPOND TO DEFENDANT'S AMENDED COUNTERCLAIMS**<br><br>**Hon. Richard Seeborg** |

Case No. C 14-00876 RS
STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME TO RESPOND TO DEFENDANT'S AMENDED COUNTERCLAIMS

1    Pursuant to Local Civil Rule 6-1(b) and 7-12, Plaintiff Karl Storz Endoscopy-America,
2 Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc.
3 (collectively "Stryker"), by their respective counsel, hereby stipulate to an extension of time until
4 June 27, 2014 for KSEA to answer or otherwise respond to Stryker's First Amended Answer and
5 Counterclaims as follows:

6    1.   On April 25, 2014, after a one-month extension of time to which KSEA had
7 stipulated (Doc. No. 24), Stryker filed its Answer and Counterclaims. (Doc. No. 40). On May
8 16, 2014, KSEA filed a Motion to Strike and Dismiss with Prejudice certain of Stryker's
9 Affirmative Defenses and Counterclaims. (Doc. Nos. 45 and 46).

10   2.   On May 23, 2014, the parties filed a Stipulation and Proposed Order to extend
11 Stryker's time to respond to KSEA's Motion to Strike by one week and to extend KSEA's time
12 to file a reply in support of the Motion to Strike by one week. (Doc. No. 51). The Court entered
13 the Stipulation and Order on May 28, 2014. (Doc. No. 52).

14   3.   On June 6, 2014, Stryker filed its First Amended Answer and Counterclaims.
15 (Doc. No. 55). Under Federal Rule 15(a)(3), KSEA would have 14 days, or until June 20, 2014,
16 to respond to Stryker's First Amended Answer and Counterclaims.

17   4.   Due to previously planned travel, and to allow KSEA a full and fair opportunity
18 to respond to the additional and new allegations contained in Stryker's First Amended Answer
19 and Counterclaims, KSEA requests a one-week extension of time to respond to Stryker's First
20 Amended Answer and Counterclaims. Specifically, KSEA requests until June 27, 2014 to
21 respond. Stryker has stipulated to this extension. This extension will not change or alter any
22 other deadlines currently set by the Court.

23   5.   Pursuant to Civil Local Rule 6-2(a)(1)-(3), this stipulated request is accompanied
24 by the Declaration of Benjamin C. White setting forth (a) the reasons for the requested
25 rescheduling; (b) all previous time modifications in this case; and (c) the effect of the requested
26 rescheduling.

Case No. C 14-00876 RS                 1
STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S AMENDED COUNTERCLAIMS

Respectfully submitted,

Dated: June 17, 2014    BECK, BISMONTE & FINLEY, LLP

*/s/ Alfredo A. Bismonte*[1]
Alfredo A. Bismonte (Cal. Bar. No. 136154)
Attorneys for Plaintiff, Karl Storz
Endoscopy-America, Inc.

Dated: June 17, 2014    REED SMITH LLP

/s/ William R. Overend
William R. Overend (SBN 180209)
Attorneys for Stryker Corporation and
Stryker Communications, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: June 17, 2014

_____
Honorable Richard G. Seeborg
United States District Judge

---

[1] In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Case No. C 14-00876 RS
STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S AMENDED COUNTERCLAIMS

2