1  Gregory J. Vogler (*pro hac vice*)
   Email: gvogler@mcandrews-ip.com
2  Robert A. Surrette (*pro hac vice*)
   Email: bsurrette@mcandrews-ip.com
3  Merle S. Elliott (*pro hac vice*)
   Email: melliott@mcandrews-ip.com
4  Caroline A. Teichner (*pro hac vice*)
   Email: cteichner@mcandrews-ip.com
5  McANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
6  Chicago, Illinois 60661
   Telephone: (312) 775-8000
7  Facsimile: (312) 775-8100

8  William R. Overend (SBN 180209)
   Email: woverend@reedsmith.com
9  REED SMITH LLP
   101 Second Street, Suite 1800
10 San Francisco, California 94105-3659
   Telephone: (415) 543-8700
11 Facsimile: (415) 391-8269

12 Attorneys for Defendants,
   STRYKER CORPORATION and
13 STRYKER COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. CV 14-00876 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT AND RESPOND TO PLAINTIFF'S SECOND MOTION TO STRIKE AND DISMISS** |

1    Pursuant to Civil Local Rules 6-1(b) and 7-12, Plaintiff Karl Storz Endoscopy-America, Inc.
2    ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively,
3    "Stryker"), by and through their respective undersigned counsel, hereby stipulate to and jointly
4    request an extension of time until July 18, 2014, for Stryker to answer the Amended Complaint and
5    an extension of time until July 25, 2014, for Stryker to respond to Plaintiff's Second Motion to Strike
6    and Dismiss with Prejudice Affirmative Defenses and Counterclaims, as follows:

7       1.   On April 25, 2014, Stryker filed its Answer and Counterclaims (Dkt. No. 40) after a
8    stipulated one-month extension of time (Dkt. No. 24). On May 16, 2014, KSEA filed a Motion to
9    Strike and Dismiss with Prejudice certain of Stryker's Affirmative Defenses and Counterclaims.
10   (Dkt. Nos. 45, 46.)

11      2.   On May 23, 2014, the Parties filed a Stipulation and Proposed Order to extend
12   Stryker's time to respond to KSEA's Motion to Strike and Dismiss by one week and to extend
13   KSEA's time to file a reply in support of its Motion to Strike and Dismiss by one week. (Dkt. No.
14   51.) The Court entered the Stipulation and Order on May 28, 2014. (Dkt. No. 52.)

15      3.   On June 6, 2014, Stryker filed its First Amended Answer and Counterclaims. (Dkt.
16   No. 55.) On June 17, 2014, the Parties filed a Stipulation and Proposed Order to extend KSEA's time
17   to respond to Stryker's Amended Counterclaims by one week. (Dkt. No. 65.) The Court entered the
18   Stipulation and Order on June 17, 2014. (Dkt. No. 66.)

19      4.   On June 27, 2014, KSEA filed both an Amended Complaint (Dkt. No. 67) and a
20   Second Motion to Strike and Dismiss with Prejudice Affirmative Defenses and Counterclaims (Dkt.
21   No. 68). In its Amended Complaint, KSEA has asserted new claims for infringement under a fifth
22   patent, namely U.S. Patent No. 8,439,821. (Dkt. No. 67 at ¶¶ 40–45.)

23      5.   Pursuant to Federal Rule of Civil Procedure 15(a)(1)(3), Stryker would have 14 days,
24   or until July 11, 2014, to respond to KSEA's Amended Complaint. Pursuant to Civil Local Rule 7-
25   3(a), Stryker would also have 14 days, or until July 11, 2014, to respond to KSEA's Second Motion
26   to Strike and Dismiss.

27      6.   In order to give Stryker a full and fair opportunity to respond to the new allegations
28   raised in KSEA's Amended Complaint and to respond to the arguments raised in KSEA's Second

STIPULATION AND [PROPOSED] ORDER FOR EOT TO ANSWER OR
OTHERWISE RESPOND TO AMENDED COMPLAINT AND RESPOND TO
PLAINTIFF'S SECOND MOTION TO STRIKE AND DISMISS
CASE NO. CV 14-00876 RS

2

Motion to Strike and Dismiss, the Parties have stipulated to give Stryker a one-week extension of time to respond to the Amended Complaint and a two-week extension of time to respond to the Second Motion to Strike and Dismiss. Specifically, the Parties have stipulated to give Stryker until July 18, 2014, to answer or otherwise respond to the Amended Complaint and until July 25, 2014, to respond to the Second Motion to Strike and Dismiss.

7. Neither extension will change or alter any other deadlines currently set by the Court.[1]

8. Pursuant to Civil Local Rule 6-2(a), this stipulation is accompanied by the Declaration of Robert A. Surrette setting forth (1) the reasons for the requested enlargement of time; (2) all previous time modifications in this case; and (3) the effect of the requested enlargement of time.

Respectfully submitted,

Dated: July 8, 2014                REED SMITH LLP


/s/ *William R. Overend*[2]
William R. Overend (SBN 180209)
Attorneys for Defendants,
STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.

Dated: July 8, 2014                BECK, BISMONTE & FINLEY, LLP


/s/ *Alfredo A. Bismonte*
Alfredo A. Bismonte (SBN 136154)
Attorneys for Plaintiff,
KARL-STORZ ENDOSCOPY AMERICA, INC.

---

[1] KSEA has agreed to withdraw its pending Second Motion to Strike and Dismiss (Dkt. No. 68) after Stryker files its response to the Amended Complaint. KSEA's withdrawal of the pending Second Motion to Strike and Dismiss would be without prejudice to KSEA's ability to file a new motion responsive to any amended answer or any counterclaim filed by Stryker. The Parties have agreed that KSEA shall have 14 days after Stryker files its response to the Amended Complaint to respond to Stryker's response. Because KSEA has agreed to withdraw its pending Second Motion to Strike and Dismiss, the Parties have not formally stipulated to extended dates for KSEA's Reply Brief in Support of the motion or the hearing. If, however, the Court is inclined to set those dates at this time, the Parties propose August 8, 2014, as the deadline for KSEA to file its Reply and Thursday, August 28, 2014, at 1:30 PM, as the date for the hearing on KSEA's Motion.

[2] In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- Stryker has until July 18, 2014, to answer or otherwise respond to the Amended Complaint (Dkt. No. 67); and
- Stryker has until July 25, 2014, to respond to KSEA's Second Motion to Strike and Dismiss with Prejudice Affirmative Defenses and Counterclaims (Dkt. No. 68).

Dated: 7/10 , 2014

_____
Honorable Richard G. Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR EOT TO ANSWER OR
OTHERWISE RESPOND TO AMENDED COMPLAINT AND RESPOND TO
PLAINTIFF'S SECOND MOTION TO STRIKE AND DISMISS
CASE NO. CV 14-00876 RS

4