1  Gregory J. Vogler (*pro hac vice*)
   Email:  gvogler@mcandrews-ip.com
2  Robert A. Surrette (*pro hac vice*)
   Email:  bsurrette@mcandrews-ip.com
3  Merle S. Elliott (*pro hac vice*)
   Email:  melliott@mcandrews-ip.com
4  Caroline A. Teichner (*pro hac vice*)
   Email:  cteichner@mcandrews-ip.com
5  McANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
6  Chicago, Illinois 60661
   Telephone:  (312) 775-8000
7  Facsimile:  (312) 775-8100

8  William R. Overend (SBN 180209)
   Email:  woverend@reedsmith.com
9  REED SMITH LLP
   101 Second Street, Suite 1800
10 San Francisco, California 94105-3659
   Telephone:  (415) 543-8700
11 Facsimile:  (415) 391-8269

12 Attorneys for Defendants,
   STRYKER CORPORATION and
13 STRYKER COMMUNICATIONS, INC.

14

15              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
16                **SAN FRANCISCO DIVISION**

17 KARL STORZ ENDOSCOPY-            )
   AMERICA, INC.,                   )   Case No. CV 14-00876 RS
18                                  )
19              Plaintiff,          )
                                    )
20       v.                         )   **STIPULATION AND [PROPOSED]
                                    )   ORDER FOR EXTENSION OF TIME TO
21 STRYKER CORPORATION and          )   RESPOND TO PLAINTIFF'S TWO
   STRYKER COMMUNICATIONS, INC.,    )   PENDING MOTIONS TO STRIKE AND
22                                  )   DISMISS (DKT. NOS. 76, 77)**
                                    )
23              Defendants.         )

24

25

26

27

28

Pursuant to Civil Local Rules 6-1(b) and 7-12, Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively, "Stryker"), by and through their respective undersigned counsel, hereby stipulate to and jointly request an extension of time until August 29, 2014, for Stryker to respond to KSEA's two pending Motions to Strike and Dismiss (Dkt. Nos. 76, 77), as follows:

1.     On April 25, 2014, Stryker filed its Answer and Counterclaims (Dkt. No. 40) after a stipulated one-month extension of time (Dkt. No. 24).  On May 16, 2014, KSEA filed a Motion to Strike and Dismiss with Prejudice certain of Stryker's Affirmative Defenses and Counterclaims. (Dkt. Nos. 45, 46.)

2.     On May 23, 2014, the Parties filed a Stipulation and Proposed Order to extend Stryker's time to respond to KSEA's Motion to Strike and Dismiss by one week and to extend KSEA's time to file a reply in support of its Motion to Strike and Dismiss by one week.  (Dkt. No. 51.)  The Court entered that Stipulation and Order on May 28, 2014.  (Dkt. No. 52.)

3.     On June 6, 2014, Stryker filed its First Amended Answer and Counterclaims.  (Dkt. No. 55.)  On June 17, 2014, the Parties filed a Stipulation and Proposed Order to extend KSEA's time to respond to Stryker's Amended Counterclaims by one week.  (Dkt. No. 65.)  The Court entered that Stipulation and Order on June 17, 2014.  (Dkt. No. 66.)

4.     On June 27, 2014, KSEA filed both an Amended Complaint (Dkt. No. 67) and a Second Motion to Strike and Dismiss with Prejudice Affirmative Defenses and Counterclaims ("Second Motion to Strike and Dismiss") (Dkt. No. 68).  On July 8, 2014, the Parties filed a Stipulation and Proposed Order to extend Stryker's time to answer or otherwise respond to the Amended Complaint until July 18, 2014, and to extend Stryker's time to respond to KSEA's Second Motion to Strike and Dismiss until July 25, 2014.  (Dkt. No. 70.)  The Court entered that Stipulation and Order on July 10, 2014.  (Dkt. No. 71.)

5.     On July 18, 2014, Stryker filed its Answer and Counterclaims to the Amended Complaint.  (Dkt. No. 73.)  As a result, KSEA's Second Motion to Strike and Dismiss was rendered moot because it was no longer directed to Stryker's operative pleading.  Consequently, on July 24, 2014, KSEA filed a Notice of Withdrawal of its Second Motion to Strike and Dismiss.  (Dkt. No. 75.)

STIPULATION AND [PROPOSED] ORDER FOR EOT TO RESPOND TO
PLAINTIFF'S TWO PENDING MOTIONS TO STRIKE
AND DISMISS (DKT. NOS. 76, 77)
CASE NO. CV 14-00876 RS

2

1       6.      On August 1, 2014, KSEA filed two motions: (a) a Motion to Strike and Dismiss with Prejudice Defendant's Affirmative Defenses and Counterclaims to Amended Complaint Based on Alleged Violation of a Protective Order (Dkt. No. 76); and (b) a Motion to Strike and Dismiss with Prejudice Defendant's Affirmative Defenses and Counterclaims to Amended Complaint Based on Settlement Agreement (Dkt. No. 77) (collectively, "KSEA's Pending Motions to Strike and Dismiss").  Pursuant to Civil Local Rule 7-3(a), Stryker would have 14 days, or until August 15, 2014, to respond to KSEA's Pending Motions to Strike and Dismiss.

7.      In order for Stryker to have a full and fair opportunity to respond to the allegations raised in KSEA's Pending Motions to Strike and Dismiss, the Parties have stipulated to give Stryker a two-week extension of time to respond to the motions.  Specifically, the Parties have stipulated to give Stryker until August 29, 2014, to respond to KSEA's Pending Motions to Strike and Dismiss. This two-week extension is necessitated by the fact that Stryker counsel Merle S. Elliott is presently on maternity leave with limited availability, and Stryker counsel Robert A. Surrette is on vacation until August 11, 2014.

8.      The Parties have further stipulated to give KSEA until September 11, 2014, to reply to Stryker's responses to KSEA's Pending Motions to Strike and Dismiss.

9.      Finally, the Parties have stipulated that the hearing on KSEA's Pending Motions to Strike and Dismiss, which is presently scheduled for Thursday, September 11, 2014, at 1:30 PM, will be postponed until Thursday, September 25, 2014, at 1:30 PM.

10.      These stipulated extensions will not change or alter any other deadlines currently set by the Court.

11.      Pursuant to Civil Local Rule 6-2(a), this stipulation is accompanied by the Declaration of Robert A. Surrette setting forth (1) the reasons for the requested enlargement of time; (2) all previous time modifications in this case; and (3) the effect of the requested enlargement of time.

STIPULATION AND [PROPOSED] ORDER FOR EOT TO RESPOND TO
PLAINTIFF'S TWO PENDING MOTIONS TO STRIKE
AND DISMISS (DKT. NOS. 76, 77)
CASE NO. CV 14-00876 RS

3

1

2

                                Respectfully submitted,

3    Dated:  August 11, 2014            REED SMITH LLP

4

5                           /s/ *William R. Overend*[1]_____
                            William R. Overend (SBN 180209)

6                            Attorneys for Defendants,
                            STRYKER CORPORATION and

7                            STRYKER COMMUNICATIONS, INC.

8

9    Dated:  August 11, 2014            BECK, BISMONTE & FINLEY, LLP

10

11                           /s/ *Alfredo A. Bismonte*_____
                            Alfredo A. Bismonte

12                            Attorneys for Plaintiff,
                            KARL-STORZ ENDOSCOPY AMERICA, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1]  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

4
- Stryker has until August 29, 2014, to respond to KSEA's Pending Motions to Strike and Dismiss (Dkt. Nos. 76, 77);

5

6
- KSEA has until September 11, 2014, to reply to Stryker's responses to KSEA's Pending Motions to Strike and Dismiss; and

7

8
- The hearing on KSEA's Pending Motions to Strike and Dismiss will be postponed until September 25, 2014, at 1:30 PM.

9

10

11
Dated: _____8/11_____, 2014

12
_____
Honorable Richard G. Seeborg
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR EOT TO RESPOND TO
PLAINTIFF'S TWO PENDING MOTIONS TO STRIKE
AND DISMISS (DKT. NOS. 76, 77)
CASE NO. CV 14-00876 RS

5