Gregory J. Vogler (*pro hac vice*)
Email: gvogler@mcandrews-ip.com
Robert A. Surrette (*pro hac vice*)
Email: bsurrette@mcandrews-ip.com
Merle S. Elliott (*pro hac vice*)
Email: melliott@mcandrews-ip.com
Caroline A. Teichner (*pro hac vice*)
Email: cteichner@mcandrews-ip.com
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendants,
STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., <br><br> Defendants. | Case No. CV  RS <br><br> **[CORRECTED] STIPULATION AND [PROPOSED] ORDER TO HEAR PLAINTIFF'S MOTION TO STRIKE AND DISMISS ON SHORTENED TIME** |

1    Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12 Plaintiff Karl Storz Endoscopy-America,

2  Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively,

3  "Stryker"), by and through their respective undersigned counsel, hereby stipulate to and jointly

4  request an Order to abbreviate the briefing schedule and shorten the notice period to hear KSEA's

5  anticipated motion to dismiss directed to Stryker's recently Amended Answer and Counterclaims

6  (Dkt. No. 82).  The accompanying declaration of Robert Surrette sets forth all requirements of Civil

7  Local Rule 6-2 including identifying all previous time modifications in the case.  For the Court's

8  convenience, the parties will not repeat all information contained in Mr. Surrette's declaration but the

9  parties do note as follows:

10    1.    On August 1, 2014, KSEA filed two motions: (a) a Motion to Strike and Dismiss with

11  Prejudice Defendant's Affirmative Defenses and Counterclaims to Amended Complaint Based on

12  Alleged Violation of a Protective Order (Dkt. No. 76); and (b) a Motion to Strike and Dismiss with

13  Prejudice Defendant's Affirmative Defenses and Counterclaims to Amended Complaint Based on

14  Settlement Agreement (Dkt. No. 77).  On August 11, the parties filed a Stipulation and Proposed

15  Order to continue the hearing on those motions until September 25, 2014, and to set a briefing

16  schedule accordingly.  (Dkt. No. 79.)  The Court granted that Stipulation on August 11, 2014.  (Dkt.

17  No. 80.)

18    2.    On August 22, 2014, Stryker filed a First Amended Answer and Counterclaims in

19  response to KSEA's Amended Complaint.  (Dkt. No. 82.)  Because that amended pleading no longer

20  asserted a claim against KSEA for breach of Protective Order, KSEA filed a notice of withdrawal of

21  its Motion to Strike and Dismiss with Prejudice Defendant's Affirmative Defenses and

22  Counterclaims to Amended Complaint Based on Alleged Violation of a Protective Order (Dkt. No.

23  76).  (Dkt. No. 84.)

24    3.    Based on meet and confer discussions between the parties, and in the interests, among

25  other things, of having KSEA's motion to dismiss directed to the operative pleading in the case, on

26  August 28, 2014 KSEA filed a Notice (Dkt. No. 85) withdrawing its Motion to Strike and Dismiss

27  with Prejudice Defendant's Affirmative Defenses and Counterclaims to Amended Complaint Based

28  on Settlement Agreement (Dkt. No. 77 ) and noted it expected to file a new motion to strike and

dismiss directed to the newly-filed First Amended Answer and Counterclaims.  In the interests of having that new motion heard as expeditiously as possible, the parties hereby stipulate to and request to abbreviate the briefing schedule and shorten the time to hear that motion.  The parties note that their proposed schedule below still allows the Court two weeks between the time the reply brief is filed and the motion is heard, as would usually be the case under the Local Rules.  Accordingly, the parties hereby stipulate to and request the following schedule:

     a.  September 4, 2014:  Last day for KSEA to file a new Motion to Strike and Dismiss with Prejudice Defendant's Affirmative Defenses and Counterclaims to Amended Complaint Based on Settlement Agreement.

     b.  September 11, 2014:  Last day for Stryker to file and serve any Opposition to KSEA's new motion to strike and dismiss.

     c.  September 18, 2014:  Last day for KSEA to file and serve any reply brief in support of its new motion to strike and dismiss.

     d.  October 2, 2014, at 1:30 p.m.:  Hearing on KSEA's new motion to strike and dismiss.

    4.    These stipulated schedule changes will not alter any other deadlines currently set by the Court.

    5.    Pursuant to Civil Local Rule 6-2(a), this stipulation is accompanied by the Declaration of Robert A. Surrette setting forth (1) the reasons for the requested enlargement of time; (2) all previous time modifications in this case; and (3) the effect of the requested enlargement of time.

                     Respectfully submitted,

Dated:  August 29, 2014            REED SMITH LLP


                     */s/ William R. Overend*[1]         
                     William R. Overend (SBN 180209)
                     Attorneys for Defendants,
                     STRYKER CORPORATION and
                     STRYKER COMMUNICATIONS, INC.

[1]  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

1    Dated:  August 29, 2014         BECK, BISMONTE & FINLEY, LLP

2

3                      */s/ Alfredo  A. Bismonte* _____

                     Alfredo A. Bismonte

4                      Attorneys for Plaintiff,

                     KARL-STORZ ENDOSCOPY AMERICA, INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- KSEA has until September 4, 2014 to file and serve a new Motion to Strike and Dismiss with Prejudice Defendant's Affirmative Defenses and Counterclaims to Amended Complaint Based on Settlement Agreement;
- Stryker has until September 11, 2014 to file and serve any Opposition to KSEA's new motion to strike and dismiss;
- KSEA has until September 18, 2014 to file any reply brief in support of KSEA's new motion to strike and dismiss; and
- The hearing on KSEA's new motion to strike and dismiss will be set for October 2, 2014, at 1:30 p.m.

Dated: _____9/2_____, 2014

_____
Honorable Richard G. Seeborg
United States District Judge

[CORRECTED] STIPULATION AND [PROPOSED] ORDER TO HEAR
PLAINTIFF'S MOTION TO STRIKE AND DISMISS ON SHORTENED TIME
CASE NO. CV 14-00876 RS

5