Gregory J. Vogler (*pro hac vice*)
Email:  gvogler@mcandrews-ip.com
Robert A. Surrette (*pro hac vice*)
Email:  bsurrette@mcandrews-ip.com
Merle S. Elliott (*pro hac vice*)
Email:  melliott@mcandrews-ip.com
Caroline A. Teichner (*pro hac vice*)
Email:  cteichner@mcandrews-ip.com
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone:  (312) 775-8000
Facsimile:  (312) 775-8100

William R. Overend (SBN 180209)
Email:  woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendants,
STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., | Case No. CV 14-00876 RS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE JOINT CLAIM CONSTRUCTION STATEMENT AND TO COMPLY WITH PATENT L.R. 4-3** |
| STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., | |
| Defendants. | |

1    Pursuant to Civil Local Rules 6-1(b) and 7-12, Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively, "Stryker"), by and through their respective undersigned counsel, hereby stipulate to and jointly request an extension of time until January 12, 2015, to file their Joint Claim Construction Statement and to comply with Patent L.R. 4-3.  The accompanying declaration of Merle S. Elliott sets forth all requirements of Civil Local Rule 6-2, including identifying all previous time modifications in the case.  For the Court's convenience, the Parties will not repeat all information contained in Ms. Elliott's declaration, but the Parties do note as follows:

1. The deadline for the Parties to file their Joint Claim Construction Statement and to comply with Patent L.R. 4-3 is currently set for Tuesday, January 6, 2015. (*See* Dkt. No. 59.)  Given the upcoming winter holidays, and to allow the Parties a full and fair opportunity to review each other's proposed claim constructions, meet and confer as necessary, and prepare the required documentation for the Court, the Parties jointly request a six (6) day extension of time, until January 12, 2015, to file the Joint Claim Construction Statement and to comply with Patent L.R. 4-3.

2. This stipulated extension will not alter any other deadlines currently set by the Court.

3. Pursuant to Civil Local Rule 6-2(a), this stipulation is accompanied by the Declaration of Merle S. Elliott setting forth (1) the reasons for the requested enlargement of time; (2) all previous time modifications in this case; and (3) the effect of the requested enlargement of time.

Respectfully submitted,

Dated:  December 22, 2014        REED SMITH LLP


/s/ *William R. Overend*[1] _____
William R. Overend (SBN 180209)
Attorneys for Defendants,
STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.

---

[1] In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

1
2      Dated: December 22, 2014                    BECK, BISMONTE & FINLEY, LLP
3
4                                                  /s/ *Kimberly P. Zapata*_____
                                                   Kimberly P. Zapata
5                                                  Attorneys for Plaintiff,
                                                   KARL-STORZ ENDOSCOPY AMERICA, INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- The Parties have until January 12, 2015, to file their Joint Claim Construction Statement and to comply with Patent L.R. 4-3.

Dated: 12/22 , 2014

Honorable Richard G. Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR EOT TO FILE JOINT CLAIM
CONSTRUCTION STATEMENT AND TO COMPLY WITH PATENT L.R. 4-3
CASE NO. CV 14-00876 RS

4