1   Alfredo A. Bismonte (Cal. Bar. No. 136154)
    Kimberly P. Zapata (Cal. Bar. No. 138291)
2   Jeremy M. Duggan (Cal. Bar No. 229854)
    Beck, Bismonte & Finley, LLP
3   150 Almaden Blvd, 10th Floor
    San Jose, CA 95113
    Tel: (408) 938-7900
4   Fax: (408) 938-0790
    Email: abismonte@beckllp.com
5          kzapata@beckllp.com
           jduggan@beckllp.com
6

7   Wesley W. Whitmyer, Jr. (*pro hac vice*)
    Benjamin J. Lehberger (*pro hac vice*)
8   Benjamin C. White (*pro hac vice*)
    ST. ONGE STEWARD JOHNSTON & REENS LLC
9   986 Bedford Street
    Stamford, Connecticut 06905
    Tel: (203) 324-6155
10  Fax: (203) 327-1096
    Email: wwhitmyer@ssjr.com
11         blehberger@ssjr.com
           bwhite@ssjr.com
12         litigation@ssjr.com

13  Attorneys for Plaintiff, Karl Storz
    Endoscopy-America, Inc.
14

15

16              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
17                **SAN FRANCISCO DIVISION**

18  KARL STORZ ENDOSCOPY-               )
19  AMERICA, INC.,                      )      Case No. CV 14-00876 RS
                                        )
20              Plaintiff,              )
                                        )
21      v.                              )      **STIPULATION AND [**~~PROPOSED~~**]**
                                        )      **ORDER ALTERING DEADLINES**
                                        )      **RELATED TO PATENT L.R. 4-4 AND 4-**
22  STRYKER CORPORATION and             )      **5(a)**
23  STRYKER COMMUNICATIONS, INC.,       )
                                        )
24              Defendants.             )

25

26

27

28

1

2         Pursuant to Civil Local Rules 6-1(b) and 7-12, Plaintiff Karl Storz Endoscopy-America, Inc.

3 ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively,

4 "Stryker"), by and through their respective undersigned counsel, hereby stipulate to and jointly

5 request that the deadline for taking discovery relating to claim construction and complying with

6 Patent L.R. 4-4 be extended to February 27, 2015 and that the deadline for filing opening claim

7 construction briefs and supporting evidence and comply with Patent L.R. 4-5(a) be moved to

8 February 13, 2015.  The accompanying declaration of Benjamin C. White sets forth all requirements

9 of Civil Local Rule 6-2, including identifying all previous time modifications in the case.  For the

10 Court's convenience, the Parties will not repeat all information contained in Mr. White's declaration,

11 but the Parties do note as follows:

12         1.  Under the current schedule, the deadline for the Parties to complete discovery relating

13 to claim construction pursuant to Patent L.R. 4-4 is February 5, 2015 and the deadline for the Parties

14 to file their opening claim construction briefs and supporting evidence pursuant to Patent L.R 4-5(a)

15 is February 20, 2015.  (Case Management Scheduling Order, Doc. 59.)  The Parties jointly request

16 that the schedule be adjusted so that the Parties' opening claim construction briefs and supporting

17 evidence be due before the close of claim construction discovery.  This will make the claim

18 construction discovery period more efficient and will provide the Parties with additional time to

19 complete the discovery, which will include expert depositions.  Accordingly, the Parties jointly

20 request that the deadline for opening claim construction briefs and supporting evidence be moved to

21 February 13, 2015 and the deadline for claim construction discovery be moved to February 27, 2015.

22 Thus, the Parties' request would move the deadline for opening claim construction briefs and

23 supporting evidence earlier by one week and would extend the deadline for claim construction

24 discovery by three weeks and one day.

25         2.  This stipulated extension will not alter any other deadlines currently set by the Court.

26         3.  Pursuant to Civil Local Rule 6-2(a), this stipulation is accompanied by the Declaration

27 of Benjamin C. White setting forth (1) the reasons for the requested enlargement of time; (2) all

28 previous time modifications in this case; and (3) the effect of the requested enlargement of time.

1

2                                                      Respectfully submitted,

3
    Dated:  January 6, 2015                            REED SMITH LLP
4

5                                                      */s/ William R. Overend*  _____
                                                       William R. Overend (SBN 180209)
6                                                      Attorneys for Defendants,
                                                       STRYKER CORPORATION and
7                                                      STRYKER COMMUNICATIONS, INC.

8

9
    Dated:  January 6, 2015                            BECK, BISMONTE & FINLEY, LLP
10

11                                                     */s/ Alfredo A. Bismonte*[1]  _____
                                                       Alfredo A. Bismonte
12                                                     Attorneys for Plaintiff,
                                                       KARL-STORZ ENDOSCOPY AMERICA, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
    _____
28   [1]  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this
     document has been obtained from each of the other signatories hereto.

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- The Parties have until February 13, 2015, to file their opening claim construction briefs and supporting evidence and to comply with Patent L.R. 4-5(a).
- The Parties have until February 27, 2015 to take discovery relating to claim construction and to comply with Patent L.R. 4-4.

Dated: ___1/7_____, 2015

_____
Honorable Richard G. Seeborg
United States District Judge