United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARL STORZ ENDOSCOPY-AMERICA, INC.,

    Plaintiff,

v.

STRYKER CORPORATION, et al.,

    Defendants.

Case No. 14-cv-00876-RS

**ORDER GRANTING MOTION TO CHANGE TIME ON TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING**

Defendants' motion to change time is granted. The technology tutorial, previously set for March 11, 2015, is continued to Wednesday, April 15, 2015 at 10:00 a.m. The claim construction hearing, previously set for March 20, 2015, is continued to Friday, April 24, 2015 at 10:00 a.m. The deadline for the parties to file responsive claim construction briefs, previously set for March 6, 2015, is continued to April 8, 2015.

**IT IS SO ORDERED**.

Dated: February 24, 2015

_____
RICHARD SEEBORG
United States District Judge