Alfredo A. Bismonte (Cal. Bar. No. 136154)
Kimberly P. Zapata (Cal. Bar. No. 138291)
Jeremy M. Duggan (Cal. Bar No. 229854)
Beck, Bismonte & Finley, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: abismonte@beckllp.com
        kzapata@beckllp.com
        jduggan@beckllp.com

Wesley W. Whitmyer, Jr. (*pro hac vice*)
Benjamin J. Lehberger (*pro hac vice*)
Benjamin C. White (*pro hac vice*)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Tel: (203) 324-6155
Fax: (203) 327-1096
Email: wwhitmyer@ssjr.com
        blehberger@ssjr.com
        bwhite@ssjr.com
        litigation@ssjr.com

Attorneys for Plaintiff, Karl Storz
Endoscopy-America, Inc.


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>STRYKER CORPORATION and )<br>STRYKER COMMUNICATIONS, INC., )<br>)<br>Defendants. ) | Case No. CV 14-00876 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER ALTERING DEADLINE RELATED TO PATENT L.R. 4-4** |

1

2          Pursuant to Civil Local Rules 6-1(b) and 7-12, Plaintiff Karl Storz Endoscopy-America, Inc.

3   ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively,

4   "Stryker"), by and through their respective undersigned counsel, hereby stipulate to and jointly

5   request that the deadline for taking discovery relating to claim construction and complying with

6   Patent L.R. 4-4 be extended to March 31, 2015.  The accompanying declaration of Michael A. Lavine

7   sets forth all requirements of Civil Local Rule 6-2, including identifying all previous time

8   modifications in the case.  For the Court's convenience, the Parties will not repeat all information

9   contained in Mr. Lavine's declaration, but the Parties do note as follows:

10         1.   Under the current schedule, the deadline for the Parties to complete discovery relating

11  to claim construction pursuant to Patent L.R. 4-4 is February 27, 2015.  (Doc. 110.)  Now that the

12  deadline for the parties to file responsive claim construction briefs has been continued to April 8,

13  2015 (Doc. 124), the Parties jointly request that the schedule be modified to provide the Parties with

14  additional time to complete discovery relating to claim construction, which will include several

15  expert depositions.  This will make the claim construction discovery period more efficient, allow the

16  Parties more flexibility to accommodate the schedules of their expert witnesses, and potentially avoid

17  the expense of taking the depositions in the event that the Court grants Stryker's Motion to Stay.

18  Accordingly, the Parties jointly request that the deadline for claim construction discovery be moved

19  to March 31, 2015.  Thus, the Parties' request would extend the deadline for claim construction

20  discovery by four weeks and four days.

21         2.   This stipulated extension will not alter any other deadlines currently set by the Court.

22         3.   Pursuant to Civil Local Rule 6-2(a), this stipulation is accompanied by the Declaration

23  of Michael A. Lavine setting forth (1) the reasons for the requested enlargement of time; (2) all

24  previous time modifications in this case; and (3) the effect of the requested enlargement of time.

25

26

27

28

1

2          Respectfully submitted,

3   Dated:  February 25, 2015          REED SMITH LLP

4

5          */s/ William R. Overend*
          William R. Overend (SBN 180209)
6          Attorneys for Defendants,
          STRYKER CORPORATION and
7          STRYKER COMMUNICATIONS, INC.

8

9   Dated:  February 25, 2015          BECK, BISMONTE & FINLEY, LLP

10

11          */s/ Alfredo A. Bismonte*[1]
          Alfredo A. Bismonte
12          Attorneys for Plaintiff,
          KARL-STORZ ENDOSCOPY AMERICA, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1]  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

STIPULATION AND [PROPOSED] ORDER ALTERING DEADLINE RELATED TO
PATENT L.R. 4-4                                                            3
CASE NO. CV 14-00876 RS

1

**[~~PROPOSED~~] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

4
- The Parties have until March 31, 2015 to take discovery relating to claim construction and to comply with Patent L.R. 4-4.

5

6

7

8

Dated: ___February 26_____, 2015

_____
Honorable Richard G. Seeborg
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28