UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION, et al., <br><br> Defendants. | Case No. 14-cv-00876-RS <br><br> **ORDER GRANTING MOTION TO LIFT STAY** |

On March 30, 2015, this patent infringement litigation was stayed pending an *inter partes* review ("IPR") by the United States Patent Trial and Appeal Board ("PTAB"). Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") now moves to lift the stay, and defendants Stryker Corporation and Stryker Communications, Inc. ("Stryker") do not oppose the motion. Dkt. No. 150. Pursuant to Civil Local Rule 7-1(b), plaintiff's motion set for January 21, 2016, is suitable for disposition without oral argument, and the hearing will be vacated.

The PTAB declined to institute trials relating to U.S. Patent Nos. 7,471,310 ("the '310 patent"); 7,821,530 ("the '530 patent"); 7,844,657 ("the '657 patent"); and 8,439,821 ("the '821 patent"). *See* Dkt. No. 147. The PTAB also entered judgment ending the *inter partes* proceedings relating to U.S. Patent No. 8,069,420 ("the '420 patent"). As all five patents asserted in this litigation no longer are under *inter partes* review, KSEA's motion to lift the stay accordingly will be granted.

A Case Management Conference shall be held on February 4, 2016, at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

1
2  **IT IS SO ORDERED**.
3
4  Dated: January 5, 2016
5  _____
6  RICHARD SEEBORG
   United States District Judge
7
8
...
28