1  Robert A. Surrette (*pro hac vice*)
   Email: bsurrette@mcandrews-ip.com
2  Merle S. Elliott (*pro hac vice*)
   Email: melliott@mcandrews-ip.com
3  Caroline A. Teichner (*pro hac vice*)
   Email: cteichner@mcandrews-ip.com
4  McANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
5  Chicago, Illinois 60661
   Telephone:   (312) 775-8000
6  Facsimile:   (312) 775-8100

7  William R. Overend (SBN 180209)
   REED SMITH LLP
8  101 Second Street, Suite 1800
   San Francisco, California 94105-3659
9  Telephone: (415) 543-8700
   Facsimile: (415) 391-8269
10 Email: woverend@reedsmith.com

11 Attorneys for Defendants,
   STRYKER CORPORATION and
12 STRYKER COMMUNICATIONS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., | Case No. CV 14-00876 RS |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF GREGORY J. VOGLER AS COUNSEL OF RECORD** |
| STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., | |
| Defendants. | |

1  Defendants Stryker Corporation and Stryker Communications, Inc.'s Withdrawal of
2  Gregory J. Vogler as Counsel of Record pursuant to Civil Local Rule 11.5 is hereby GRANTED.
3
4  **IT IS SO ORDERED.**
5  Dated: __2/1_____, ~~2015~~ 2016    _____
6                                            Hon. Richard Seeborg
                                              United States District Judge