UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION, et al., <br><br> Defendants. | Case No. 14-cv-00876-RS <br><br> **FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 4, 2016. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. CASE SCHEDULING.

- Deadline for Simultaneous Opening Claim Construction Briefs and Supporting Evidence    April 15, 2016

- Deadline for Simultaneous Responsive Claim Construction Briefs    April 29, 2016

- Technology Tutorial    May 9, 2016, at 10:00 a.m.

- Claim Construction Hearing    May 16, 2016, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: February 4, 2016

_____
RICHARD SEEBORG
United States District Judge