Robert A. Surrette (*pro hac vice*)
Email: bsurrette@mcandrews-ip.com
Scott P. McBride (*pro hac vice*)
Email: smcbride@mcandrews-ip.com
Carey J. Prill (SBN 269632)
Email: cprill@mcandrews-ip.com
Michael J. Carrozza (*pro hac vice*)
Email: mcarrozza@mcandrews-ip.com
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone:   (312) 775-8000
Facsimile:   (312) 775-8100

William R. Overend (SBN 180209)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: (415) 543-8700
Facsimile:  (415) 391-8269
Email:  woverend@reedsmith.com

Attorneys for Defendants,
STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., <br><br> Defendants. | Case No. CV 14-00876 RS <br><br> **STIPULATION AND [**~~PROPOSED~~**] ORDER TO ALTER THE DEADLINE TO FILE A MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS UNDER THE PROTECTIVE ORDER** |

1   Pursuant to Civil Local Rule 6-1(b) and 7-12, Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively, "Stryker"), by and through their undersigned counsel, hereby stipulate to and jointly request the Court to continue the deadline under the Protective Order (Dkt. 115) to file a motion to retain confidentiality designations to March 25, 2016, in connection with KSEA's February 3, 2016 challenges to certain of Stryker's confidentiality designations. The accompanying declaration of Michael J. Carrozza sets forth all requirements of Civil Local Rule 6-2, including identifying all previous time modifications in the case. For the Court's convenience, the Parties will not repeat all information contained in Mr. Carrozza's declaration, but the Parties do note as follows:

1.   On February 3, 2016, KSEA provided Stryker with written notice that it was challenging the confidentiality designations of certain documents that Stryker produced as being subject to the patent prosecution bar in the Protective Order (Dkt. 115). Under Paragraph 6.3 of the Protective Order, "[i]f the Parties cannot resolve a challenge without court intervention, the Designating Party shall file and serve a motion to retain confidentiality under Civil Local Rule 7 (and in compliance with Civil Local Rule 79-5, if applicable) within 21 days of the initial notice of challenge or within 14 days of the parties agreeing that the meet and confer process will not resolve their dispute, whichever is earlier." (Dkt. 115 at 7-8.) The date to file such a motion to retain confidentiality in this instance would be February 24, 2016.

2.   The Parties met and conferred via teleconference on February 17, 2016, and on February 18, agreed that further meet and confer efforts could resolve, or at least significantly narrow, the disputes to be presented to the Court. Thus, the parties agreed to request that the Court continue certain deadlines to allow further meet and confer efforts regarding the disputes underlying KSEA's challenges. The Parties agreed that, if an impasse were reached as of March 11, that any motion to retain confidentiality designations would be filed by March 25.

3.   The stipulated deadline will not alter any other deadlines currently set by the Court.

4. Pursuant to Civil Local Rule 6-2(a), this stipulation is accompanied by the Declaration of Michael J. Carrozza setting forth (1) the reasons for the requested enlargement of time; (2) all previous time modifications in this case; and (3) the effect of the requested enlargement of time.

Respectfully submitted,

Dated: February 23, 2016    REED SMITH LLP

/s/ *William R. Overend*[1]
William R. Overend

Attorneys for Defendants,
STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.

Dated: February 23, 2016    BECK, BISMONTE & FINLEY, LLP

/s/ *Alfredo A. Bismonte*
Alfredo A. Bismonte

Attorneys for Plaintiff,
KARL STORZ ENDOSCOPY-AMERICA, INC.

---

[1] In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

STIPULATION AND [PROPOSED] ORDER TO ALTER THE DEADLINE TO FILE A MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS UNDER THE PROTECTIVE ORDER
CASE NO. CV 14-00876 RS

2

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |

- The deadline to file any motion to retain confidentiality in response to Plaintiff's February 3, 2016 challenges is continued to March 25, 2016.

Dated: __2/24_____, 2016

_/s/ Richard Seeborg_
Honorable Richard G. Seeborg,
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO ALTER THE DEADLINE TO FILE A MOTION TO
RETAIN CONFIDENTIALITY DESIGNATIONS UNDER THE PROTECTIVE ORDER
CASE NO. CV 14-00876 RS

3