Robert A. Surrette (*pro hac vice*)
Email: bsurrette@mcandrews-ip.com
Scott P. McBride (*pro hac vice*)
Email: smcbride@mcandrews-ip.com
Michael J. Carrozza (*pro hac vice*)
Email: mcarrozza@mcandrews-ip.com
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone:   (312) 775-8000
Facsimile:   (312) 775-8100

William R. Overend (SBN 180209)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269
Email:  woverend@reedsmith.com

Attorneys for Defendants,
STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC.,<br><br>            Defendants. | Case No. CV 14-00876 RS<br><br>**[~~PROPOSED~~] ORDER ALLOWING EQUIPMENT IN COURTROOM FOR TECHNOLOGY TUTORIAL HEARING**<br><br>**Hon. Richard Seeborg**<br>**Date:  May 23, 2016**<br>**Time:  10:00 a.m.**<br>**Place:  Courtroom 3, 17th Floor** |

# [PROPOSED] ORDER

The Court hereby allows the following equipment to be brought into the Courtroom on May 20, 2016 and/or May 23, 2016, or at another date acceptable to the Court, in advance of the Technology Tutorial hearing set for May 23, 2016, at 10:00 a.m.:

- 1 Projector
- 2 Projector stands
- 1 Projector screen
- 1 FSR Compass+ Dual Video Switch
- Cabling (VGA cables, DVI cables, power strip, extension cord)
- 2 Laptop computers
- 1 Stryker 1488 Endoscopic video camera (camera head, camera control unit, cabling)
- 1 Stryker 1288 Endoscopic video camera (camera head, camera control unit, cabling)
- 1 General Electric TN2500 video camera (camera head, camera control unit, cabling)

**IT IS SO ORDERED.**

DATED: May 18, 2016

_____
Honorable Richard Seeborg
United States District Judge