| | |
|---|---|
| 1 | Robert A. Surrette (*pro hac vice*) |
|   | Email: bsurrette@mcandrews-ip.com |
| 2 | Scott P. McBride (*pro hac vice*) |
|   | Email: smcbride@mcandrews-ip.com |
| 3 | Michael J. Carrozza (*pro hac vice*) |
|   | Email: mcarrozza@mcandrews-ip.com |
| 4 | McANDREWS, HELD & MALLOY, LTD. |
|   | 500 West Madison Street, 34th Floor |
| 5 | Chicago, Illinois 60661 |
| 6 | Telephone:  (312) 775-8000 |
|   | Facsimile:   (312) 775-8100 |
| 7 | |
| 8 | William R. Overend (SBN 180209) |
|   | REED SMITH LLP |
| 9 | 101 Second Street, Suite 1800 |
|   | San Francisco, California 94105-3659 |
| 10 | Telephone:  (415) 543-8700 |
|    | Facsimile:   (415) 391-8269 |
| 11 | Email:  woverend@reedsmith.com |
| 12 | |
|    | Attorneys for Defendants, |
| 13 | STRYKER CORPORATION and |
|    | STRYKER COMMUNICATIONS, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., | ) ) ) | Case No. CV 14-00876 RS |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM FOR CLAIM CONSTRUCTION HEARING** |
| v. | ) ) | |
| STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., | ) ) ) | **Hon. Richard Seeborg** **Date:  June 6, 2016** **Time:  10:00 a.m.** **Place: Courtroom 3, 17th Floor** |
| Defendants. | ) | |

(Note: "PROPOSED" in title shown with strikethrough)

# [~~PROPOSED~~] ORDER

The Court hereby allows the following equipment to be brought into the Courtroom on June 6, 2016, or at another date acceptable to the Court, in advance of the Claim Construction hearing set for June 6, 2016, at 10:00 a.m.:

    1 Projector
    1 Projector stand
    1 Projector screen
    Cabling
    2 Laptop computers

**IT IS SO ORDERED.**

DATED: June 1, 2016

_____
Honorable Richard Seeborg
United States District Judge