Alfredo A. Bismonte (Cal. Bar. No. 136154)
Kimberly P. Zapata (Cal. Bar. No. 138291)
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: abismonte@beckllp.com
kzapata@beckllp.com

Wesley W. Whitmyer Jr. (*pro hac vice*)
Michael J. Kosma (*pro hac vice*)
Robert D. Keeler (*pro hac vice*)
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, Connecticut 06901
Tel: (203) 703-0800
Fax: (203) 703-0801
Email: litigation@whipgroup.com
mkosma@whipgroup.com
rkeeler@whipgroup.com

Attorneys for Plaintiff,
Karl Storz Endoscopy-America, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., <br><br> Defendants. | Case No. CV 14-00876 RS <br><br> **[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO AMEND SECOND FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

Case No. CV 14-00876 RS
[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND SECOND FURTHER CASE MANAGEMENT SCHEDULING ORDER

The Court, having reviewed the parties' Stipulated Motion to Amend Second Further Case Management Scheduling Order, and good cause appearing, rules as follows:

IT IS HEREBY ORDERED THAT the case schedule be modified as follows:

| Description | Previous Deadline | New Deadline |
| --- | --- | --- |
| Deadline for identification of custodians and search terms for ESI. | February 9, 2017 | June 1, 2017 |
| Case management conference. | March 23, 2017 | September 28, 2017 |
| Deadline to reduce to no more than 30 asserted claims. | March 24, 2017 | Date remains unchanged |
| Deadline for completion of all non-expert discovery. | May 5, 2017 | September 21, 2017 |
| Deadline for parties to designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2). | May 5, 2017 | September 21, 2017 |
| Deadline for serving expert reports for which a party bears the burden of proof. | June 8, 2017 | October 19, 2017 |
| Deadline for serving rebuttal expert reports. | July 6, 2017 | November 16, 2017 |
| Deadline for completion of expert discovery pursuant to Federal Rule of Civil Procedure 26(b)(4). | September 15, 2017 | January 18, 2018 |
| Deadline to reduce to no more than 25 asserted claims. | September 22, 2017 | Date remains unchanged |
| Deadline to file dispositive pre-trial motions. | January 11, 2018 | May 24, 2018 |
| Deadline to reduce to no more than 20 asserted claims. | January 26, 2018 | Date remains unchanged |
| Final pre-trial conference. | May 17, 2018 | September 27, 2018 |
| Trial date. | June 4, 2018 | October 15, 2018 |

**IT IS SO ORDERED.**

DATED:  __3/10_____, 2017

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Case No. CV 14-00876 RS
[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND SECOND FURTHER CASE MANAGEMENT SCHEDULING ORDER