UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., | Case No.14-cv-00876-RS (JSC) |
| Plaintiff, | **ORDER GRANTING MOTION TO FILE UNDER SEAL** |
| v. | Re: Dkt. No. 261 |
| STRYKER CORPORATION, et al., | |
| Defendants. | |

Plaintiff Kark Stroz-Endoscopy America, Inc. filed an administrative motion to file under seal Exhibits A and B to a Joint Discovery Letter Brief. (Dkt. No. 261.)

The Ninth Circuit uses the "good cause" test for documents that a party obtained through discovery and attached to a non-dispositive motion. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (2006). Under Civil Local Rule 79–5(b) a party designating material as confidential "must file a declaration as required by subsection 79–5(d)(1)(A) establishing that all of the designated material is sealable." *Id.* § 79–5(e)(1). "The work product doctrine, codified in Federal Rule of Civil Procedure 26(b)(3), protects 'from discovery documents and tangible things prepared by a party or his representative in anticipation of litigation.' " *In re Grand Jury Subpoena,* 357 F.3d 900, 906 (9th Cir. 2004).

Plaintiff argues that the documents are confidential. The Court has reviewed Exhibits A and B in camera. Exhibit A, a legal analysis of whether Defendants' camera infringes on a number of patents, is attorney work product. At the hearing held on June 23, 2017, the parties informed the Court that Exhibit B was a report prepared for attorneys. Therefore Exhibit B is an attorney-client privileged communication.

As a result, the Court concludes Exhibits A and B are attorney work product and grants Plaintiff's motion to file under seal.

This Order disposes of Docket No. 261.

**IT IS SO ORDERED.**

Dated: June 28, 2017

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge