Alfredo A. Bismonte (Cal. Bar. No. 136154)
Kimberly P. Zapata (Cal. Bar. No. 138291)
BECK, BISMONTE & FINLEY, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: abismonte@beckllp.com
kzapata@beckllp.com

Wesley W. Whitmyer Jr. (*pro hac vice*)
Michael J. Kosma (*pro hac vice*)
Stephen F. W. Ball (*pro hac vice*)
Robert D. Keeler (*pro hac vice*)
Christopher J. Stankus (*pro hac vice*)
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, Connecticut 06901
Tel: (203) 703-0800
Fax: (203) 703-0801
Email: litigation@whipgroup.com
mkosma@whipgroup.com
sball@whipgroup.com
rkeeler@whipgroup.com
cstankus@whipgroup.com

Attorneys for Plaintiff,
Karl Storz Endoscopy-America, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., <br><br> Defendants. | Case No. 3:14-CV-00876-RS <br><br> **DECLARATION OF MICHAEL J. KOSMA IN SUPPORT OF KSEA'S MOTION TO STRIKE PORTIONS OF DEFENDANTS' INVALIDITY CONTENTIONS AND FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7** |

Case No. 3:14-CV-00876-RS
DECLARATION OF MICHAEL J. KOSMA IN SUPPORT OF KSEA'S MOTION TO STRIKE PORTIONS OF DEFENDANTS' INVALIDITY CONTENTIONS AND FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7

I, Michael J. Kosma, declare as follows:

1. I am an attorney at the law firm Whitmyer IP Group LLC.

2. I represent KARL STORZ ENDOSCOPY-AMERICA, INC. ("KSEA") in this case and I am familiar with the facts stated herein and, if called to testify, would competently testify thereto.

3. Stryker served its initial invalidity contentions on KSEA on October 31, 2014, its First Supplemental Invalidity Contentions on May 18, 2016, and its (current) Second Supplemental Invalidity Contentions on September 30, 2016.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Stryker's Second Supplemental Invalidity Contentions, served to KSEA on September 30, 2016.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Stryker's First Supplemental Response to KSEA's Interrogatory Number 7, served to KSEA on August 18, 2017.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a June 16 letter sent from counsel for KSEA to counsel for Stryker.

7. Attached hereto as **Exhibit 4** is a true and correct copy of a June 19 letter sent from counsel for Stryker to counsel for KSEA.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a July 21 letter sent from counsel for Stryker to counsel for KSEA.

9. Attached hereto as **Exhibits A1 – A7, B1 – B7, D1 – D8 and E1 – E3** are true and correct copies of Stryker's claim charts corresponding to Stryker's Second Supplemental Invalidity Contentions. Stryker's claim charts labeled C1 – C7 are not attached hereto because they relate to a patent no longer at issue in this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Case No. 3:14-CV-00876-RS                 1
DECLARATION OF MICHAEL J. KOSMA IN SUPPORT OF KSEA'S MOTION TO STRIKE PORTIONS OF DEFENDANTS' INVALIDITY CONTENTIONS AND FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7

Respectfully Submitted,

Dated: September 8, 2017          */s/ Michael J. Kosma*

Michael J. Kosma

**Attestation**

As the attorney e-filing this document, pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that Michael J. Kosma has concurred in this filing.

DATED: September 8, 2017          BECK, BISMONTE & FINLEY, LLP

By:   */s/ Alfredo A. Bismonte*
Alfredo A. Bismonte

Attorneys for Plaintiff,
Karl Storz Endoscopy-America, Inc.

---

Case No. 3:14-CV-00876-RS                    2
DECLARATION OF MICHAEL J. KOSMA IN SUPPORT OF KSEA'S MOTION TO STRIKE PORTIONS OF DEFENDANTS' INVALIDITY CONTENTIONS AND FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7