Robert A. Surrette (*pro hac vice*)
Email: bsurrette@mcandrews-ip.com
Scott P. McBride (*pro hac vice*)
Email: smcbride@mcandrews-ip.com
Carey J. Prill (SBN 269632)
Email: cprill@mcandrews-ip.com
Michael J. Carrozza (*pro hac vice*)
Email: mcarrozza@mcandrews-ip.com
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone:   (312) 775-8000
Facsimile:    (312) 775-8100

William R. Overend (SBN 180209)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone:  (415) 543-8700
Facsimile:   (415) 391-8269
Email:  woverend@reedsmith.com

Attorneys for Defendants,
STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., | ) ) ) | Case No. CV 14-00876 RS |
| Plaintiff, | ) ) | |
| v. | ) ) | [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR THIRD SUPPLEMENTAL AMENDMENT TO SECOND FURTHER CASE MANAGEMENT SCHEDULING ORDER (*AS MODIFIED BY COURT*) |
| STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., | ) ) ) | |
| Defendants. | ) | |

The Court, having reviewed the Parties' Stipulated Motion for Third Supplemental Amendment to Second Further Case Management Scheduling Order, and good cause appearing, rules as follows:

IT IS HEREBY ORDERED THAT the Parties are allowed an additional 5 pages of briefing for: memoranda in support of motions for summary judgment (30 pages total), oppositions to motions for summary judgment (30 pages total), and reply memoranda in support of motions for summary judgment (20 pages total).

IT IS HEREBY FURTHER ORDERED THAT the case schedule be modified as follows:

| Description | Previous Deadline | New Deadline |
|---|---|---|
| Deadline to file dispositive pre-trial motions. | July 12, 2018 | August 9, 2018 |
| Deadline to file *Daubert* motions. | N/A | August 9, 2018 |
| Deadline to file oppositions to dispositive motions and *Daubert* motions. | N/A | August 23, 2018 |
| Deadline to file replies in support of dispositive motions and *Daubert* motions. | N/A | August 30, 2018 |
| Consolidated hearing on all dispositive motions and *Daubert* motions AND further case management conference to adjust trial and pretrial dates | N/A | ~~September 20, 2018~~ Sept. 19, 2018 at 10:00 a.m. |
| Final pre-trial conference. | September 27, 2018 | Unchanged |
| Trial date. | October 15, 2018 | Unchanged |

**IT IS SO ORDERED.**

DATED: ___July 3, 2018_____, 2018

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR THIRD SUPPLEMENTAL
AMENDMENT TO SECOND FURTHER CASE MANAGEMENT SCHEDULING ORDER
CASE NO. CV 14-00876 RS

1